Exhibit "A"

**Advance Auto Parts, Inc.**
5008 Airport Road, Roanoke, VA. 24012

| Advance Auto Parts P/N | Patents Infringed | | | |
|---|---|---|---|---|
| T78362 | D532,020 | D554,667 | D557,287 | D603,876 |
| T78363 | D532,020 | D554,667 | D557,287 | D603,876 |
| | | | | |



**AutoZone, Inc..**
123 S. Front St. Memphis, TN. 38103 1-901-495-8116

| AutoZone P/N | Patents Infringed | | | |
|---|---|---|---|---|
| 638362 | D532,020 | D554,667 | D557,287 | D603,876 |
| | | | | |

 

**Advance Auto Parts, Inc.**
5008 Airport Road, Roanoke, VA. 24012

| Advance Auto Parts P/N | Patents Infringed | | |
|---|---|---|---|
| T78374 | D530,345 | D556,784 | D556,785 |
| | | | |



**AutoZone, Inc..**
123 S. Front St. Memphis, TN. 38103 1-901-495-8116

| AutoZone P/N | Patents Infringed | | |
|---|---|---|---|
| 638374 | D530,345 | D556,784 | D556,785 |
| | | | |



**Advance Auto Parts, Inc.**

5008 Airport Road, Roanoke, VA. 24012

| Advance Auto Parts P/N | Patents Infringed | | |
|---|---|---|---|
| **T78398** | D574,854 | D530,345 | D575,306 |
| | | | |




**AutoZone, Inc..**

123 S. Front St. Memphis, TN. 38103 1-901-495-8116

| AutoZone P/N | Patents Infringed | | |
|---|---|---|---|
| **68343** | D574,854 | D530,345 | D575,306 |
| **638848** | D574,854 | D530,345 | D575,306 |
| **639359** | D574,854 | D530,345 | D575,306 |
| **CS20105** | D574,854 | D530,345 | D575,306 |





**Genuine Parts Company-NAPA**          1-800-LET-NAPA (1-800-538-6272)

2999 Circle 75 Parkway, Atlanta, Georgia 30339   1-770-859-2935

| NAPA P/N | Patents Infringed | | |
|---|---|---|---|
| **TEM 275724** | D530,345 | D574,854 | D575,306 |





**Delphi Technologies, Inc. (Troy, MI)**

| Delphi P/N | Patents Infringed | | |
|---|---|---|---|
| **CS20105** | D574,854 | D530,345 | D575,306 |



 

**O'Reilly Automotive, Inc.-O'Reilly Auto Parts**
233 South Patterson Avenue, Springfield, MO 65802-2298   1-417-829-5727

| O'Reilly P/N | Patents Infringed | | |
|---|---|---|---|
| **68343** | D530,345 | D574,854 | D575,306 |



**Advance Auto Parts, Inc.**
5008 Airport Road, Roanoke, VA. 24012

| Advance Auto Parts P/N | Patents Infringed | | |
|---|---|---|---|
| T78342 | D529,517 | D574,856 | D575,306 |
| T78383 | D529,517 | D574,856 | D575,306 |
| R1000161529VAL | D529,517 | D574,856 | D575,306 |

  

**AutoZone, Inc..**
123 S. Front St. Memphis, TN. 38103 1-901-495-8116

| AutoZone P/N | Patents Infringed | | |
|---|---|---|---|
| 98308 | D529,517 | D574,856 | D575,306 |
| CS20103 | D529,517 | D574,856 | D575,306 |
| CS20115 | D529,517 | D574,856 | D575,306 |

  

**Delphi Technologies, Inc. (Troy, MI)**

| Delphi P/N | Patents Infringed | | |
|---|---|---|---|
| CS20103 | D529,517 | D574,856 | D575,306 |
| CS20115 | D529,517 | D574,856 | D575,306 |



 



**Advance Auto Parts, Inc.**

5008 Airport Road, Roanoke, VA. 24012

| Advance Auto Parts P/N | Patents Infringed | | |
|---|---|---|---|
| R1000422171VAL | D529,517 | D530,345 | |



**AutoZone, Inc..**

123 S. Front St. Memphis, TN. 38103 1-901-495-8116

| AutoZone P/N | Patents Infringed | | |
|---|---|---|---|
| 98305 | D529,517 | D530,345 | |
| 638847 | D529,517 | D530,345 | |
| 639388 | D529,517 | D530,345 | |
| CS20119 | D529,517 | D530,345 | |

  

**Delphi Technologies, Inc. (Troy, MI)**

| Delphi P/N | Patents Infringed | | |
|---|---|---|---|
| CS20119 | D529,517 | D530,345 | |



  

**AutoZone, Inc..**
123 S. Front St. Memphis, TN. 38103 1-901-495-8116

| AutoZone P/N | Patents Infringed | | |
|---|---|---|---|
| 639317 | D530,345 | D648,753 | |

 

**AutoZone, Inc..**
123 S. Front St. Memphis, TN. 38103 1-901-495-8116

| AutoZone P/N | Patents Infringed | | |
|---|---|---|---|
| 158320 | D574,856 | D710,394 | |
| 639317 | D574,856 | D710,394 | |

  

**Advance Auto Parts, Inc.**
5008 Airport Road, Roanoke, VA. 24012

| Advance Auto Parts P/N | Patents Infringed | | |
|---|---|---|---|
| T68344 | D530,345 | D648,751 | |

 

**AutoZone, Inc..**
123 S. Front St. Memphis, TN. 38103 1-901-495-8116

| AutoZone P/N | Patents Infringed | | |
|---|---|---|---|
| 68344 | D530,345 | D648,751 | |
| 639329 | D530,345 | D648,751 | |

 

**Genuine Parts Company-NAPA**          **1-800-LET-NAPA (1-800-538-6272)**
2999 Circle 75 Parkway, Atlanta, Georgia 30339   1-770-859-2935

| NAPA P/N | Patents Infringed | | |
|---|---|---|---|
| TEM 275737 | D530,345 | D648,751 | |

 

**O'Reilly Automotive, Inc.-O'Reilly Auto Parts**
233 South Patterson Avenue, Springfield, MO 65802-2298   1-417-829-5727

| O'Reilly P/N | Patents Infringed | | |
|---|---|---|---|
| 68344 | D530,345 | D648,751 | |

 

**AutoZone, Inc..**
123 S. Front St. Memphis, TN. 38103 1-901-495-8116

| AutoZone P/N | Patents Infringed | | |
|---|---|---|---|
| 98399 | D648,748 | D648,749 | |
| 639829 | D648,748 | D648,749 | |



**Genuine Parts Company-NAPA**          1-800-LET-NAPA (1-800-538-6272)
2999 Circle 75 Parkway, Atlanta, Georgia 30339   1-770-859-2935

| NAPA P/N | Patents Infringed | | |
|---|---|---|---|
| TEM 275760 | D648,748 | D648,749 | |



**O'Reilly Automotive, Inc.-O'Reilly Auto Parts**
233 South Patterson Avenue, Springfield, MO 65802-2298   1-417-829-5727

| O'Reilly P/N | Patents Infringed | | |
|---|---|---|---|
| 98399 | D648,748 | D648,749 | |



**AutoZone, Inc..**
123 S. Front St. Memphis, TN. 38103 1-901-495-8116

| AutoZone P/N | Patents Infringed | | |
|---|---|---|---|
| 68341 | D648,748 | D710,391 | |



**Genuine Parts Company-NAPA**          1-800-LET-NAPA (1-800-538-6272)
2999 Circle 75 Parkway, Atlanta, Georgia 30339   1-770-859-2935

| NAPA P/N | Patents Infringed | | |
|---|---|---|---|
| TEM 275813 | D648,748 | D710,391 | |



**O'Reilly Automotive, Inc.-O'Reilly Auto Parts**
233 South Patterson Avenue, Springfield, MO 65802-2298   1-417-829-5727

| O'Reilly P/N | Patents Infringed | | |
|---|---|---|---|
| 68341 | D648,748 | D710,391 | |



**AutoZone, Inc..**

123 S. Front St. Memphis, TN. 38103 1-901-495-8116

| AutoZone P/N | Patents Infringed | | |
|---|---|---|---|
| 639343 | D711,431 | | |
| 158327 | D711,431 | | |



**Genuine Parts Company-NAPA**          1-800-LET-NAPA (1-800-538-6272)

2999 Circle 75 Parkway, Atlanta, Georgia 30339   1-770-859-2935

| NAPA P/N | Patents Infringed | | |
|---|---|---|---|
| TEM 275711 | D711,431 | | |



**O'Reilly Automotive, Inc.-O'Reilly Auto Parts**

233 South Patterson Avenue, Springfield, MO 65802-2298   1-417-829-5727

| O'Reilly P/N | Patents Infringed | | |
|---|---|---|---|
| 158327 | D711,431 | | |



**Advance Auto Parts, Inc.**

5008 Airport Road, Roanoke, VA. 24012

| Advance Auto Parts P/N | Patents Infringed | | |
|---|---|---|---|
| **T78389** | D530,345 | D648,751 | |
| | | | |



| Advance Auto Parts P/N | Patents Infringed | | |
|---|---|---|---|
| **T68337** | D574,856 | | |
| | | | |



**Advance Auto Parts, Inc.**
5008 Airport Road, Roanoke, VA. 24012

| Advance Auto Parts P/N | Patents Infringed | | |
|---|---|---|---|
| T58952 | D506,763 | D575,307 | D574,858 |
| T58956 | D506,763 | D575,307 | D574,858 |
| T58958 | D506,763 | D575,307 | D574,858 |
| T58955 | D506,763 | D575,307 | D574,858 |
| T58963 | D506,763 | D575,307 | D574,858 |
| T58867 | D506,763 | D575,307 | D574,858 |
| T58967 | D506,763 | D575,307 | D574,858 |
| T58963 | D506,763 | D575,307 | D574,858 |

  

**AutoZone, Inc..**
123 S. Front St. Memphis, TN. 38103 1-901-495-8116

| AutoZone P/N | Patents Infringed | | |
|---|---|---|---|
| 58247 | D575,307 | D506,763 | 574,858 |
| 58248 | D575,307 | D506,763 | 574,858 |
| 58251 | D575,307 | D506,763 | 574,858 |
| 58255 | D575,307 | D506,763 | 574,858 |
| 58257 | D575,307 | D506,763 | 574,858 |
| 58259 | D575,307 | D506,763 | 574,858 |
| 58261 | D575,307 | D506,763 | 574,858 |
| 58265 | D575,307 | D506,763 | 574,858 |
| 58268 | D575,307 | D506,763 | 574,858 |
| 58269 | D575,307 | D506,763 | 574,858 |
| 58270 | D575,307 | D506,763 | 574,858 |
| 58273 | D575,307 | D506,763 | 574,858 |
| 58867 | D575,307 | D506,763 | 574,858 |
| 58953 | D575,307 | D506,763 | 574,858 |
| 58954 | D575,307 | D506,763 | 574,858 |
| 58959 | D575,307 | D506,763 | 574,858 |
| 58960 | D575,307 | D506,763 | 574,858 |
| 58961 | D575,307 | D506,763 | 574,858 |
| 58962 | D575,307 | D506,763 | 574,858 |
| 58967 | D575,307 | D506,763 | 574,858 |
| 58970 | D575,307 | D506,763 | 574,858 |
| 58253 | D575,307 | D506,763 | 574,858 |
| 98248 | D575,307 | D506,763 | 574,858 |

  

**Genuine Parts Company-NAPA**          **1-800-LET-NAPA (1-800-538-6272)**
2999 Circle 75 Parkway, Atlanta, Georgia 30339   1-770-859-2935

| NAPA P/N | Patents Infringed | | |
|---|---|---|---|
| **TEM 271180** | D575,307 | D506,763 | 574,858 |
| **TEM 271184** | D575,307 | D506,763 | 574,858 |
| **TEM 271216** | D575,307 | D506,763 | 574,858 |
| **TEM 271218** | D575,307 | D506,763 | 574,858 |
| **TEM 271224** | D575,307 | D506,763 | 574,858 |
| **TEM 271269** | D575,307 | D506,763 | 574,858 |
| **TEM 271289** | D575,307 | D506,763 | 574,858 |
| **TEM 275066** | D575,307 | D506,763 | 574,858 |
| **TEM 275067** | D575,307 | D506,763 | 574,858 |
| **TEM 275068** | D575,307 | D506,763 | 574,858 |
| **TEM 275610** | D575,307 | D506,763 | 574,858 |
| **TEM 275611** | D575,307 | D506,763 | 574,858 |
| **TEM 275614** | D575,307 | D506,763 | 574,858 |
| **TEM 275615** | D575,307 | D506,763 | 574,858 |
| **TEM 275616** | D575,307 | D506,763 | 574,858 |
| **TEM 275617** | D575,307 | D506,763 | 574,858 |
| **TEM 275618** | D575,307 | D506,763 | 574,858 |
| **TEM 275620** | D575,307 | D506,763 | 574,858 |
| **TEM 275632** | D575,307 | D506,763 | 574,858 |
| **TEM 967334** | D575,307 | D506,763 | 574,858 |
| **TEM 967335** | D575,307 | D506,763 | 574,858 |
| **TEM 971565** | D575,307 | D506,763 | 574,858 |

  

**O'Reilly Automotive, Inc.-O'Reilly Auto Parts**
233 South Patterson Avenue, Springfield, MO 65802-2298   1-417-829-5727

| O'Reilly P/N | Patents Infringed | | |
|---|---|---|---|
| **58247** | D575,307 | D506,763 | 574,858 |
| **58248** | D575,307 | D506,763 | 574,858 |
| **58251** | D575,307 | D506,763 | 574,858 |
| **58253** | D575,307 | D506,763 | 574,858 |
| **58255** | D575,307 | D506,763 | 574,858 |
| **58257** | D575,307 | D506,763 | 574,858 |
| **58259** | D575,307 | D506,763 | 574,858 |
| **58261** | D575,307 | D506,763 | 574,858 |
| **58265** | D575,307 | D506,763 | 574,858 |
| **58268** | D575,307 | D506,763 | 574,858 |
| **58269** | D575,307 | D506,763 | 574,858 |
| **58270** | D575,307 | D506,763 | 574,858 |
| **58273** | D575,307 | D506,763 | 574,858 |
| **58959** | D575,307 | D506,763 | 574,858 |
| **58960** | D575,307 | D506,763 | 574,858 |
| **58961** | D575,307 | D506,763 | 574,858 |
| **98248** | D575,307 | D506,763 | 574,858 |

  

**Advance Auto Parts, Inc.**

5008 Airport Road, Roanoke, VA. 24012

| Advance Auto Parts P/N | Patents Infringed | | |
|---|---|---|---|
| T58947 | D506,763 | D603,873 | D603,874 |
| T58949 | D506,763 | D603,873 | D603,874 |
| T58950 | D506,763 | D603,873 | D603,874 |
| T58931 | D506,763 | D603,873 | D603,874 |



**AutoZone, Inc..**

123 S. Front St. Memphis, TN. 38103 1-901-495-8116

| AutoZone P/N | Patents Infringed | | |
|---|---|---|---|
| 58931 | D506,763 | D603,873 | D603,874 |
| 58949 | D506,763 | D603,873 | D603,874 |
| CO20144C | D506,763 | D603,873 | D603,874 |



**Genuine Parts Company-NAPA**          **1-800-LET-NAPA (1-800-538-6272)**

2999 Circle 75 Parkway, Atlanta, Georgia 30339   1-770-859-2935

| NAPA P/N | Patents Infringed | | | |
|---|---|---|---|---|
| **TEM 275512** | D506,763 | D603,873 | D603,874 | D540,351 |
| **TEM 274083** | D506,763 | D603,873 | D603,874 | D540,351 |
| **TEM 271283** | D506,763 | D603,873 | D603,874 | D540,351 |
| **TEM 275603** | D506,763 | D603,873 | D603,874 | D540,351 |



**O'Reilly Automotive, Inc.-O'Reilly Auto Parts**

233 South Patterson Avenue, Springfield, MO 65802-2298   1-417-829-5727

| O'Reilly P/N | Patents Infringed | | | |
|---|---|---|---|---|
| **58949** | D506,763 | D603,873 | D603,874 | D540,351 |
| **58931** | D506,763 | D603,873 | D603,874 | D540,351 |
| **58950** | D506,763 | D603,873 | D603,874 | D540,351 |



**Advance Auto Parts, Inc.**
5008 Airport Road, Roanoke, VA. 24012

| Advance Auto Parts P/N | Patents Infringed | | |
|---|---|---|---|
| T58901 | D540,351 | D554,666 | D603,874 |
| | | | |



**AutoZone, Inc..**
123 S. Front St. Memphis, TN. 38103 1-901-495-8116

| AutoZone P/N | Patents Infringed | | | |
|---|---|---|---|---|
| 58901 | D506,763 | D540,351 | D554,666 | D603,874 |
| 88901 | D506,763 | D540,351 | D554,666 | D603,874 |
| CS20010 | D506,763 | D540,351 | D554,666 | D603,874 |

  

**Delphi Technologies, Inc. (Troy, MI)**

| Delphi P/N | Patents Infringed | | | |
|---|---|---|---|---|
| CS20010 | D506,763 | D540,351 | D554,666 | D603,874 |

 

**Genuine Parts Company-NAPA**        **1-800-LET-NAPA (1-800-538-6272)**
2999 Circle 75 Parkway, Atlanta, Georgia 30339   1-770-859-2935

| NAPA P/N | Patents Infringed | | | |
|---|---|---|---|---|
| GPI 707061N | D540,351 | D506,763 | D554,666 | D603,874 |

 

**O'Reilly Automotive, Inc.-O'Reilly Auto Parts**
233 South Patterson Avenue, Springfield, MO 65802-2298   1-417-829-5727

| O'Reilly P/N | Patents Infringed | | | |
|---|---|---|---|---|
| 88901 | D540,351 | D554,666 | D603,874 | |

 

**AutoZone, Inc..**

123 S. Front St. Memphis, TN. 38103 1-901-495-8116

| AutoZone P/N | Patents Infringed | | |
|---|---|---|---|
| CS20136 | D603,877 | | |
| CS20137 | D603,877 | | |
| CS20138 | D603,877 | | |
| CS20140 | D603,877 | | |

 

**Delphi Technologies, Inc. (Troy, MI)**

| Delphi P/N | Patents Infringed | | |
|---|---|---|---|
| CS20136 | D603,877 | | |
| CS20137 | D603,877 | | |
| CS20138 | D603,877 | | |
| CS20140 | D603,877 | | |

